UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LEON J. HORNE                                    CIVIL ACTION

VERSUS                                           NO: 09-5509

N. BURL CAIN, WARDEN                             SECTION: R(3)

**ORDER**

Before the Court is plaintiff Leon Horne's objection to the Magistrate Judge's report and recommendation dated February 24, 2010.[1] A party has 14 days to object to a magistrate judge's report and recommendation after being served with a copy,[2] and Horne's objection was not filed until March 17, 2010. Horne's objection is therefore untimely.

Even if Horne's objection were timely, the Court would still dismiss his petition for the reasons set forth by the Magistrate

---

[1] (R. Doc. 22.)

[2] *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

Judge. The Court, having reviewed *de novo* Horne's petition,[3] the record, the applicable law, the report and recommendation,[4] and Horne's objection, hereby approves the Magistrate Judge's report and recommendation and adopts it as its opinion. Accordingly, Horne's complaint is hereby DISMISSED with prejudice.

New Orleans, Louisiana, this 29th day of March, 2010.

_____Sarah Vance_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[3] (R. Doc. 1.)

[4] (R. Doc. 21.)

2